IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. KLINE, J.D. | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| FIRST NATIONAL COLLECTION | : | |
| BUREAU, INC., and BRADLEY L. | : | |
| JARDON | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL**

Defendants FIRST NATIONAL COLLECTION BUREAU, INC. and BRADLEY L. JARDON ("First National" and "Bradley Jardon" and/or "Defendants"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. First National and Bradley Jardon are defendants in an action pending in the Magisterial District Court 17-3-04, Middleburg, Docket No. MJ-17304-cv-0000082-2016 ("the Magisterial District Court Action"). A true and correct copy of the Complaint in the Magisterial District Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the Magisterial District Court Action is ROBERT D. KLINE, J.D. ("Plaintiff"). See Exhibit "A".

3. Plaintiff's Magisterial District Court Action alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

4. The Magisterial District Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., Defendants may properly remove the Magisterial District Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendants.

WHEREFORE, Defendants FIRST NATIONAL COLLECTION BUREAU, INC. and BRADLEY L. JARDON, pray that the Magisterial District Court Action be removed from the Magisterial District Court 17-3-04, Middleburg, Docket No. MJ-17304-cv-0000082-2016, to this Court for proper and just determination.

                                                **FINEMAN KREKSTEIN & HARRIS, P.C.**

By: *[signature: Richard J. Perr]*
                                    RICHARD J. PERR, ESQUIRE
                                    PA Atty ID No. 72883
                                    Ten Penn Center
                                    1801 Market Street, Suite 1100
                                    Philadelphia, PA  19103-7513
                                    (v) 215-893-9300; (f) 215-893-8719
                                    rperr@finemanlawfirm.com
                                    Attorney for Defendants

Dated: September 14, 2016